UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VACA-DIAZ, | No. EDCV 12-1022 FFM |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated February 26, 2014.

DATED: February 26, 2014

    /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
    United States Magistrate Judge